# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0742

VERSUS

JUAN CARLOS PAZZUNIGA

**OCTOBER 23, 2025**

---

In Re:   Juan Carlos Pazzuniga, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 784505.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT